## Daniels, Appellant, *v.* Tigue.

Before GAWTHROP, P. J.

Argued

March 18, 1969. *William L. McLaughlin,* for appellants; *A. Bruce Niccolo,* with him *Ralph W. Kent,* and *Moorshead & Niccolo,* for appellee.

Judgments affirmed.